| | |
|---|---|
| 1 | THOMAS A. JOHNSON, #119203 |
| 2 | 400 Capitol Mall, Suite 1620 |
|   | Sacramento, California 95814 |
| 3 | Telephone: (916) 422-4022 |
|   | Attorney for Defendant Nadeem Khan |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:12-cr-00185-JAM |
|---|---|
| Plaintiff, | ) DEFENDANT'S WAIVER OF APPEARANCE |
| vs. | ) |
| ROBB HARRISON CHEAL, et al., | ) |
| Defendants. | ) |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the Defendant, Nadeem Khan, hereby waives the right to be personally present in open court upon the hearing of any motion or other proceeding in this case, except for any proceeding which Defendant's presence is required such as a plea, any proceeding during the trial, and sentencing, or any court appearance which the Court orders Defendant to be present. Defendant hereby requests the Court to proceed during every absence of his presence which the Court may permit pursuant to this waiver. Defendant agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if Defendant were personally present, and further agrees to be present in court ready for trial any day and time the Court may arrange in his absence.

The Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without Defendant being present.

Waiver of Appearance     - 1 -

PDF created with pdfFactory trial version www.pdffactory.com

DATE: June 6, 2012                     /s/  Nadeem Khan
                                       NADEEM KHAN
                                       Defendant

I agree with and consent to my client's waiver of appearance.

DATE: June 6, 2012
                                        /s/   Thomas A. Johnson
                                       THOMAS A. JOHNSON
                                       Attorney for Nadeem Khan

## **ORDER**

    It is so ordered.

Dated:  6/7/2012                       /s/ John A. Mendez
                                       JOHN A. MENDEZ
                                       United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com