THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Nadeem Khan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBB HARRISON CHEAL, et al.,<br><br>　　　　Defendants. | Case No.: 2:12-cr-00185-JAM<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for November 6, 2012 at 9:45 a.m. is continued to January 22, 2013 at 9:45 a.m. in the same courtroom. Thomas A. Johnson, Nadeem Khan's attorney, is requesting such continuance due to a scheduling conflict. Additionally, all defendants request a continuance in order to continue review of discovery and preparation of counsel. All parties stipulate and agree that the ends of justice are served by this continuance outweigh the best interest of the public and Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

It is further stipulated that the period from the date of this stipulation through and including January 22, 2013, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and (h)(7)(B)(iv), and Local Code T4 (reasonable time for preparation of counsel). The ends of justice served by the continuance outweigh the best interest in the public and the Defendants in a speedy trial.

- 1 -

**IT IS SO STIPULATED.**

DATE: October 31, 2012

          /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Nadeem Khan

DATED: October 31, 2012

BENJAMIN WAGNER
United States Attorney

By:   /s/ Thomas A. Johnson for
JASON HITT
Assistant U.S. Attorney

DATED: October 31, 2012

By:   /s/ Thomas A. Johnson for
MICHAEL PETRIK, Jr.
Attorney for Robb Cheal

DATED: October 31, 2012

By:   /s/ Thomas A. Johnson for
CHRISTOPHER COSCA
Attorney for Ryan Cheal

DATED: October 31, 2012

By:   /s/ Thomas A. Johnson for
ZENIA GILG
Attorney for Robert Carrillo

## **ORDER**

It is so ordered.

Dated: 10/31/2012

  /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge