1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 12-185-TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER TO ADD CONDITION OF RELEASE THAT REQUIRES MEDICAL OR PSYCHIATRIC TREATMENT |
| v. | |
| ROBB HARRISON CHEAL, | ) Judge: Hon. Edmund F. Brennan |
| Defendant. | |

The United States of America, by Jason Hitt, Assistant United States Attorney, together with defendant, Robb Harrison Cheal, by counsel, Michael Petrik, Jr., stipulate that the Court should add a condition of release which states: "You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

The parties also stipulate that Mr. Cheal shall test for controlled substances four times per month.

/ / /

/ / /

STIPULATION AND ~~PROPOSED~~ ORDER          1                    12-185-TLN

1 | The parties stipulate based upon the recommendation of Mr. Cheal's Pretrial Services Officer. All other conditions of release will remain in effect.

Dated: April 17, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: April 17, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for
_____
MICHAEL D. ANDERSON
Assistant U.S. Attorney

**O R D E R**

For the reasons stated above, the Court adds a condition of release which states: "You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

The Court orders Mr. Cheal to test for controlled substances four times per month.

All other conditions of release will remain in effect.

Dated: April 17, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE