| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-185 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO DECEMBER 19, 2013, AT 9:30 A.M. |
| v. | |
| ROBB CHEAL, | Date: November 21, 2013 |
| RYAN CHEAL, | Time: 9:30 a.m. |
| ROBERT CARRILLO, | Judge: Hon. Troy L. Nunley |
| NADEEM KHAN, | |
| Defendants. | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for November 21, 2013, at 9:30 a.m., to December 19, 2013, at 9:30 a.m.

Defense counsel require the continuance to consult with their clients about discovery, and to conduct investigation. Defense counsel require further time to meet and consult with each other. Defense counsel also require further time to meet and confer with their clients regarding proposed plea agreements that the government will propound shortly.

Counsel and the defendants agree that the Court should exclude the time from November 21, 2013, through December 19, 2013, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

///

Stipulation to Continue -1- 12-185 TLN

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: November 18, 2013  HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys for Robb Cheal

DATED: November 18, 2013

/s/ M.Petrik for_____
CHRIS COSCA
Attorney for Ryan Cheal

DATED: November 18, 2013

/s/ M.Petrik for_____
OLAF HEDBERG
Attorney for Mr. Carrillo

DATED: November 18, 2013

/s/ M.Petrik for_____
THOMAS A. JOHNSON
Attorney for Mr. Khan

DATED: November 18, 2013  BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for_____
JASON HITT
Assistant U.S. Attorney

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for December 19, 2013, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including December 19, 2013, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

DATED: November 18, 2013

_____
Troy L. Nunley
United States District Judge